# EXHIBIT A

# United States Patent Office

**718,353**
Registered July 11, 1961

AFFIDAVIT SEC. 8
ACCEPTED

## PRINCIPAL REGISTER
### Service Mark

AFFIDAVIT SEC 15
RECEIVED 11-14-66

Ser. No. 45,638, filed Feb. 18, 1958

## TRANSAMERICA

Transamerica Corporation (Delaware corporation)
Montgomery St. and Columbus Ave.
San Francisco 11, Calif.

For: CONSULTATION AND ADVICE TO OTHERS
IN RESPECT TO CORPORATE MANAGEMENT
HAVING TO DO WITH QUESTIONS OF POLICY
AND THE COORDINATION OF CORPORATE
POLICIES AND ACTIVITIES, in CLASS 100.

First use about January 1929; in commerce about
January 1929.

# United States Patent Office

**718,358**
Registered July 11, 1961

AFFIDAVIT SEC. 8
ACCEPTED

## PRINCIPAL REGISTER
### Service Mark

AFFIDAVIT SEC 15
RECEIVED 11-14-66

Ser. No. 45,632, filed Feb. 10, 1958

## TRANSAMERICA

Transamerica Corporation (Delaware corporation)
Montgomery St. and Columbus Ave.
San Francisco 11, Calif.

For: CONSULTATION AND ADVICE IN RESPECT TO INVESTMENT OF MONIES OF OTHERS, in CLASS 102.

First use about January 1929; in commerce about January 1929.

# United States Patent Office

831,626
Registered July 4, 1967

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 243,194, filed Apr. 11, 1966

# TRANSAMERICA

Transamerica Corporation (Delaware corporation)
Montgomery St. and Columbus Ave.
San Fransisco, Calif.

For: UNDERWRITING OF INSURANCE—NAME-LY, LIFE, INCLUDING ACCIDENT AND HEALTH; MULTIPLE LINE, INCLUDING PROPERTY, CASU-ALTY AND FIDELITY; AND TITLE INSURANCE AND RELATED COVERAGES; INSTALLMENT SALES FINANCING, DIRECT CONSUMER LOANS, AND INDUSTRIAL AND COMMERCIAL FINANC-ING—in CLASS 102.

First use July 18, 1959; in commerce about July 18, 1959.

Owner of Reg. Nos. 718,353, 718,358, and 741,404.

# United States Patent Office

**978,808**
**Registered Feb. 12, 1974**

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 440,426, filed Nov. 6, 1972

# TRANSAMERICA

Transamerica Corporation (Delaware corporation)
701 Montgomery St.
San Francisco, Calif.

For: FINANCIAL SERVICES RENDERED TO OTHERS—NAMELY, PROVIDING LOAN SERVICES TO OTHERS, PROVIDING CONSUMER CREDIT SERVICES, INSURANCE UNDERWRITING, AND INVESTMENT SERVICES—in CLASS 102 (INT. CL. 35).

First use in or about 1958; in commerce in or about 1958.

Owner of Reg. Nos. 718,353, 718,358, and 831,626.

Int. Cl.: 16

U.S. Cl.: 38

**Reg. No. 1,129,244**

## U.S. Patent and Trademark Office

Reg. Jan. 15, 1980

## TRADEMARK
### Principal Register

## TRANSAMERICA

Transamerica Corporation (Delaware corporation)
600 Montgomery St.
San Francisco, Calif. 94111

For: Business Forms, House Organ, Corporate Reports and Bulletins Issued Periodically, and Employee and Corporate Directories —in Class 16. (U.S. Cl. 38).
First use Mar. 1978; in commerce Mar. 1978.

Ser. No. 172,489. Filed May 30, 1978.

HENRY ZAK, Examiner

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Reg. No. 1,240,567
Registered May 31, 1983

## SERVICE MARK
### Principal Register

# TRANSAMERICA OCCIDENTAL LIFE

Transamerica Corporation (Delaware corporation)
600 Montgomery St.
San Francisco, Calif. 94102

For: UNDERWRITING OF LIFE INSUR-ANCE, in CLASS 36 (U.S. Cl. 102).

First use Sep. 1, 1981; in commerce Sep. 1, 1981.

Owner of U.S. Reg. Nos. 525,135 and 831,625.

No claim is made to the exclusive right to use the word "Life", apart from the mark as shown.

Ser. No. 336,087, filed Nov. 9, 1981.

H. M. FISHER, Examining Attorney

Int. Cls.: 35, 36, 37, 39 and 41

Prior U.S. Cls.: 101, 102, 103, 105 and 107

**United States Patent and Trademark Office**

Reg. No. 1,635,681
Registered Feb. 19, 1991

## SERVICE MARK
### PRINCIPAL REGISTER

 TRANSAMERICA

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: REAL ESTATE TAX REPORTING SERVICES, IN CLASS 35 (U.S. CL. 101).
FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.
FOR: FINANCIAL CONSULTING SERVICES; LEASING SERVICES FOR COMMERCIAL AND INDUSTRIAL REAL ESTATE, INVESTMENT MANAGEMENT AND COUNSELING SERV-ICES; MUTUAL FUNDS MANAGEMENT SALES AND DISTRIBUTION SERVICES; PRO-VIDING CONSUMER, COMMERCIAL, INDUS-TRIAL AND REAL ESTATE LOANS; INSUR-ANCE PREMIUM FINANCING SERVICES; IN-SURANCE UNDERWRITING SERVICES FOR LIFE, DISABILITY, HOMEOWNER, TITLE, PROPERTY AND CASUALTY INSURANCE; LIFE AND PROPERTY AND CASUALTY REIN-SURANCE SERVICES; INSURANCE AGENCY SERVICES; SURETY BONDING SERVICES; UNDERWRITING SERVICES FOR VARIABLE LIFE INSURANCE AND VARIABLE ANNUITY PRODUCTS; INDUSTRIAL AND COMMER-CIAL FINANCING SERVICES; SAVINGS AC-COUNT AND MORTGAGE LENDING SERV-ICES; REAL ESTATE MANAGEMENT AND APPRAISAL SERVICES; MANAGEMENT OF RESORT PROPERTIES AND MANAGEMENT OF RETIREMENT AND CONGREGATE CARE FACILITIES; REAL ESTATE MANAGEMENT AND CONSULTATION SERVICES; ACCOUNTS RECEIVABLE AND INVENTORY FINANCING SERVICES FOR VEHICLES, COMPUTERS, AP-PLIANCES AND INDUSTRIAL EQUIPMENT, IN CLASS 36 (U.S. CL. 102).
FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.
FOR: VEHICLE FLEET SERVICING AND MAINTENANCE SERVICES; SERVICING AND MAINTENANCE SERVICES FOR FREIGHT CONTAINERS, OVER-THE-ROAD TRAILERS AND INTERMODEL TRAILERS FOR USE OVER THE ROAD OR ABOARD RAILROAD FREIGHT CARS AND SEAGOING VESSELS, IN CLASS 37 (U.S. CL. 103).
FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.
FOR: LEASING AND RENTAL OF FREIGHT CONTAINERS, OVER-THE-ROAD TRAILERS AND INTERMODEL TRAILERS FOR USE OVER THE ROAD OR ABOARD RAILROAD FREIGHT CARS AND SEAGOING VESSELS; MOTOR CARRIER AND FREIGHT FORWARD-ING SERVICES; LEASING OF RAIL CARS; VE-HICLE FLEET LEASING SERVICES, IN CLASS 39 (U.S. CL. 105).
FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.

2                                   1,635,681

FOR: SPONSORING, ORGANIZING AND PRESENTATION OF PROFESSIONAL SPORTS TOURNAMENTS, IN CLASS 41 (U.S. CL. 107).
FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.
OWNER OF U.S. REG. NOS. 1,037,680, 1,430,513 AND OTHERS.

THE LINING SHOWN ON THE DRAWING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SER. NO. 73–839,343, FILED 11–15–1989.

LALITHA MANI, EXAMINING ATTORNEY

Int. Cls.: 35, 36, 37, 39 and 41

Prior U.S. Cls.: 101, 102, 103, 105 and 107

## United States Patent and Trademark Office

Reg. No. 1,635,682
Registered Feb. 19, 1991

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: REAL ESTATE TAX REPORTING SERVICES, IN CLASS 35 (U.S. CL. 101).

FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.

FOR: FINANCIAL CONSULTING SERVICES; LEASING SERVICES FOR COMMERCIAL AND INDUSTRIAL REAL ESTATE; INVESTMENT MANAGEMENT AND COUNSELING SERVICES; MUTUAL FUNDS MANAGEMENT SALES AND DISTRIBUTION SERVICES; PROVIDING CONSUMER, COMMERCIAL, INDUSTRIAL AND REAL ESTATE LOANS; INSURANCE PREMIUM FINANCING SERVICES; INSURANCE UNDERWRITING SERVICES FOR LIFE, DISABILITY, HOMEOWNER, TITLE, PROPERTY AND CASUALTY INSURANCE; LIFE AND PROPERTY AND CASUALTY REINSURANCE SERVICES; INSURANCE AGENCY SERVICES; SURETY BONDING SERVICES; UNDERWRITING SERVICES FOR VARIABLE LIFE INSURANCE AND VARIABLE ANNUITY PRODUCTS; INDUSTRIAL AND COMMERCIAL FINANCING SERVICES; SAVINGS ACCOUNT AND MORTGAGE LENDING SERVICES; REAL ESTATE MANAGEMENT AND APPRAISAL SERVICES; MANAGEMENT OF RESORT PROPERTIES AND MANAGEMENT OF RETIREMENT AND CONGREGATE CARE FACILITIES; REAL ESTATE ASSET MANAGEMENT AND CONSULTATION SERVICES; ACCOUNTS RECEIVABLE AND INVENTORY FINANCING SERVICES FOR VEHICLES, COMPUTERS, APPLIANCES AND INDUSTRIAL EQUIPMENT; LEASING SERVICES FOR COMMERCIAL AND INDUSTRIAL REAL ESTATE , IN CLASS 36 (U.S. CL. 102).

FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.

FOR: VEHICLE FLEET SERVICING AND MAINTENANCE SERVICES; SERVICING AND MAINTENANCE SERVICES FOR FREIGHT CONTAINERS, OVER-THE-ROAD TRAILERS AND INTERMODEL TRAILERS FOR USE OVER THE ROAD OR ABOARD RAILROAD FREIGHT CARS AND SEAGOING VESSELS, IN CLASS 37 (U.S. CL. 103).

FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.

FOR: LEASING AND RENTAL OF FREIGHT CONTAINERS, OVER-THE-ROAD TRAILERS AND INTERMODEL TRAILERS FOR USE OVER THE ROAD OR ABOARD RAILROAD FREIGHT CARS AND SEAGOING VESSELS; MOTOR CARRIER AND FREIGHT FORWARDING SERVICES; LEASING OF RAIL CARS; VEHICLE FLEET LEASING SERVICES, IN CLASS 39 (U.S. CL. 105).

FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.

2                                1,635,682

FOR: SPONSORING, ORGANIZING AND PRESENTATION OF PROFESSIONAL SPORTS TOURNAMENTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 9–30–1989; IN COMMERCE 9–30–1989.

OWNER OF U.S. REG. NOS. 1,037,680, 1,430,513 AND OTHERS.

SER. NO. 73–839,344, FILED 11–15–1989.

LALITHA MANI, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cl.: 102

# United States Patent and Trademark Office

Reg. No. 1,869,955
Registered Dec. 27, 1994

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA REINSURANCE

TRANSAMERICA CORPORATION (DELA-
WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: REINSURANCE UNDERWRITING
SERVICES IN THE FIELD OF LIFE INSUR-
ANCE, IN CLASS 36 (U.S. CL. 102).
FIRST USE 5-0-1993; IN COMMERCE
5-0-1993.

OWNER OF U.S. REG. NOS. 1,037,680, 1,635,682
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "REINSURANCE", APART
FROM THE MARK AS SHOWN.

SER. NO. 74-478,815, FILED 1-13-1994.

EVERETT FRUEHLING, EXAMINING ATTOR-
NEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,224,207

Registered Feb. 16, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA TRIBUTE

TRANSAMERICA CORPORATION (DELA-
WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE UNDERWRITING
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101
AND 102).

FIRST USE 1–8–1998; IN COMMERCE
1–8–1998.
OWNER OF U.S. REG. NOS. 831,626, 1,635,681,
AND 1,635,682.

SER. NO. 75–415,778, FILED 1–9–1998.

MATT PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,228,202
Registered Mar. 2, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA CLASSIC

TRANSAMERICA CORPORATION (DELA-
WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: ANNUITY UNDERWRITING SERV-
ICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-8-1998; IN COMMERCE
1-8-1998.
OWNER OF U.S. REG. NOS. 831,626, 1,635,681,
AND 1,635,682.

SER. NO. 75-415,780, FILED 1-9-1998.

MATT PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,246,732

Registered May 18, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA BOUNTY

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE AND ANNUITY UN-DERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10–19–1998; IN COMMERCE 10–19–1998.
OWNER OF U.S. REG. NOS. 831,626, 1,635,681, AND 1,635,682.

SN 75–432,754, FILED 2–11–1998.

MATT PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,284,121

Registered Oct. 5, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA PLAN MAXIMIZER

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE AND ANNUITY UNDERWRITING SERVICES AND RETIREMENT CONSULTING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
FIRST USE 5-26-1998; IN COMMERCE 5-26-1998.

OWNER OF U.S. REG. NOS. 831,626, 1,635,682, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PLAN", APART FROM THE MARK AS SHOWN.

SN 75-491,760, FILED 5-27-1998.

MATT PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**Reg. No. 2,284,121**

# United States Patent and Trademark Office

Registered Oct. 5, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA PLAN MAXIMIZER

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE AND ANNUITY UN-DERWRITING SERVICES AND RETIREMENT CONSULTING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-26-1998; IN COMMERCE 5-26-1998.

OWNER OF U.S. REG. NOS. 831,626, 1,635,682, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PLAN", APART FROM THE MARK AS SHOWN.

SN 75–491,760, FILED 5–27–1998.

MATT PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,288,612

Registered Oct. 26, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA CATALYST

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE AND ANNUITY UN-DERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–1–1998; IN COMMERCE 3–1–1998.
OWNER OF U.S. REG. NOS. 831,626, 1,635,682 AND OTHERS.

SER. NO. 75–432,625, FILED 2–11–1998.

R. G. COLE, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,320,968
Registered Feb. 22, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA LINEAGE

TRANSAMERICA CORPORATION (DELA-WARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3–4–1999; IN COMMERCE 3–4–1999.
OWNER OF U.S. REG. NO. 831,626 AND OTHERS.

SER. NO. 75–596,820, FILED 11–30–1998.

MATT PAPPAS, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 2,458,663**

**Registered June 5, 2001**

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA ELITE

TRANSAMERLCA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE UNDERWRITING AND ADMINISTRATION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-2000; IN COMMERCE 6-15-2000.

OWNER OF U.S. REG. NOS. 1,635,682, 2,246,732, AND OTHERS.

SN 75-916,310, FILED 2-11-2000.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,609,854
Registered Aug. 20, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA PLAN PLUS

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: SELF-DIRECTED STOCK BROKERAGE ACCOUNT SERVICES OFFERED TO OWNERS OF 401(K) PENSION ACCOUNTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2000; IN COMMERCE 9-30-2000.

OWNER OF U.S. REG. NOS. 967,871, 2,458,663 AND OTHERS.

SER. NO. 76-354,427, FILED 1-3-2002.

ANN LINNEHAN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,486,240
Registered Sep. 4, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA SECURE REWARDS

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: ANNUITY UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-1-2000; IN COMMERCE 2-1-2000.

OWNER OF U.S. REG. NOS. 1,635,682, 2,246,732, AND OTHERS.

SN 75-916,311, FILED 2-11-2000.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,663,133
Registered Dec. 17, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA POLICY STARTER

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: LIFE INSURANCE UNDERWRITING SERVICES USING A PRE-APPLICATION INFORMATION REQUEST FORM, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-1-2002; IN COMMERCE 2-1-2002.

OWNER OF U.S. REG. NOS. 2,277,415, 2,525,199 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POLICY STARTER", APART FROM THE MARK AS SHOWN.

SER. NO. 76-386,302, FILED 3-14-2002.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,688,175

Registered Feb. 18, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA LTC PLUS

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: INSURANCE UNDERWRITING AND AD-MINISTRATION IN THE FIELD OF CHRONIC HEALTH CARE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001.

OWNER OF U.S. REG. NOS. 2,320,968, 2,458,663 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LTC", APART FROM THE MARK AS SHOWN.

SER. NO. 76-331,907, FILED 10-31-2001.

KIMBERLY FRYE, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

United States Patent and Trademark Office

Reg. No. 3,058,524

Registered Feb. 14, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

**TRANSAMERICA CENTER FOR RETIREMENT STUDIES**

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: PUBLIC POLICY RESEARCH AND ANALYSIS OF ISSUES IN THE FIELD OF RETIREMENT AND EMPLOYEE BENEFITS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-11-2002; IN COMMERCE 11-11-2002.

FOR: EDUCATIONAL SERVICES, NAMELY CONDUCTING FORUMS AND SEMINARS IN THE FIELD OF RETIREMENT AND EMPLOYEE BENEFITS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-11-2002; IN COMMERCE 11-11-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,635,682, 2,301,398 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER FOR RETIREMENT STUDIES" , APART FROM THE MARK AS SHOWN.

SER. NO. 76-621,586, FILED 11-19-2004.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,062,005

Registered Feb. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA FULCRUM

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)

1150 S. OLIVE STREET, SUITE T-2100

LOS ANGELES, CA 900152211

FOR: INVESTMENT MANAGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 718,353, 2,900,478 AND OTHERS.

SER. NO. 76-633,527, FILED 3-11-2005.

ALICIA COLLINS, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,147,208

Registered Sep. 26, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA BROKER DEALER DIRECT

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
600 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

FOR: INSURANCE UNDERWRITING IN THE IN THE FIELD OF LIFE INSURANCE OFFERED ON A WHOLESALE BASIS; LIFE INSURANCE ADMINISTRATION, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2004; IN COMMERCE 11-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,635,682, 2,688,175 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROKER DEALER DIRECT", APART FROM THE MARK AS SHOWN.

SER. NO. 76-621,587, FILED 11-19-2004.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,238,735

Registered May 8, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## TRANSAMERICA. MASTER RETIREMENT.

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)

1150 S. OLIVE STREET, SUITE T-2100

LOS ANGELES, CA 900152211

FOR: ADMINISTRATION OF RETIREMENT PLANS AND INVESTMENT MANAGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 718,353, 2,900,478 AND OTHERS.

SER. NO. 76-665,960, FILED 9-13-2006.

LINDA M. KING, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,358,373

United States Patent and Trademark Office

Registered Dec. 25, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
1150 S. OLIVE STREET, SUITE T-2100
LOS ANGELES, CA 900152211

FOR: LIFE INSURANCE UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2006; IN COMMERCE 5-1-2006.

OWNER OF U.S. REG. NOS. 718,353, 2,900,478 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIFE" AND THE NON-LATIN CHARACTERS MEANING "LIFE INSURANCE COMPANY", APART FROM THE MARK AS SHOWN.

"THE NON-LATIN CHARACTER(S) IN THE MARK TRANSLITERATES INTO QUAN MEI REN SHOU BAO XIAN GONG SI , AND THIS MEANS TRANSAMERICA LIFE INSURANCE COMPANY IN ENGLISH."

SER. NO. 76-673,731, FILED 3-7-2007.

STEVEN R. FINE, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 3,430,218
Registered May 20, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# TRANSAMERICA SECURE

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)
SUITE T-2100
1150 S. OLIVE STREET
LOS ANGELES, CA 900152211

FOR: LONG TERM CARE INSURANCE UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-6-2002; IN COMMERCE 6-6-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,486,240, 3,000,511 AND OTHERS.

SER. NO. 77-269,445, FILED 8-31-2007.

RAMONA ORTIGA, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,430,970

Registered May 20, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

TRANSITIONS BY TRANSAMERICA

TRANSAMERICA CORPORATION (DELAWARE CORPORATION)

1150 S. OLIVE STREET, SUITE T-2100

LOS ANGELES, CA 900152211

FOR: LONG TERM CARE INSURANCE UNDERWRITING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-3-2007; IN COMMERCE 10-3-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,129,244, 1,202,289 AND OTHERS.

SER. NO. 77-295,928, FILED 10-4-2007.

RAMONA ORTIGA, EXAMINING ATTORNEY