# EXHIBIT C

UDRP Cases Adjudicated by National Arbitration Forum
Ostensible Owners of Domain Names Registered by Moniker Online Services, LLC in
Grand Cayman, St. Kitts & Nevis, Dominica, Dominican Republic, Bahamas, Barbados

2003-2009

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 319584 | bettermanagment.com | **URLPro,** P.O. Box 30521 SMB, George Town, **Grand Cayman** 32084, tel. (variously) 345-673-4935, 345-683- 9853, email (variously) virtualsky@gmail.com, urlpro2000@yahoo.com | No | Transferred | 10/18/2004 |
| 324973 | enterpriseautosales.com | " | No | Transferred | 10/28/2004 |
| 360972 | americanhomeassurance.com | " | No | Transferred | 12/12/2004 |
| 384835 | charo.com | " | No | Transferred | 2/2/2005 |
| 430934 | athenanet.com | **Mighty LLC,** P.O. Box 636, Charlestown, Nevis, **St. Kitts & Nevis,** tel. 484-321-9180, mightyllc@yahoo.com | No | Transferred | 4/6/2005 |
| 452231 | wherethediamondare.com | **Virtual Sky,** P.O. Box 20543 SMB, George Town, **Grand Cayman** 32084, tel. 345-673-4835, virtualsky@gmail.com | No | Transferred | 5/19/2005 |
| 535461 | retiredcollection.com | " | No | Transferred | 9/27/2005 |
| 537465 | rosedisplay.com | " | No | Transferred | 10/4/2005 |
| 610708 | sharedbooks.com | " | No | Transferred | 10/4/2005 |
| 611781 | adventurecrafts.com | " | No | Transferred | 2/1/2006 |
| 616661 | stylistyle.com | " | No | Transferred | 2/16/2006 |
| 651447 | companycasual.com | " | No | Claim Denied | 4/10/2006 |
| 724588 | herbsway.com, herbsaway.com | " | No | Transferred | 7/17/2006 |
| 931676 | attorneyforyou.com | " | No | Transferred | 4/20/2007 |
| 956484 | lableworks.com | " | No | Transferred | 5/23/2007 |
| 1125350 | tourvacations2go.com, resortvacation2go.com | " | No | Transferred | 2/28/2008 |
| 578633 | renaissancelearning.com | **Payphone Search LLC,** P.O. Box 8188, Charlestown, Nevis, **St. Kitts & Nevis,** tel. +254.4843289118, payphone@adelphia.net | No | Claim Denied | 12/14/2005 |
| 579896 | nikewoman.com | " | No | Transferred | 12/9/2005 |
| 624558 | indymacweb.com | **Domain Admin,** P.O. Box 2331, Roseau, 00152, **Dominica,** tel. +809.7674400530 | No | Transferred | 2/21/2006 |

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 650935 | houstonastros.com | **Nevis Domains LLC.,** (variously) 222-3 Main Street, P.O. Box 626, Charlestown, Nevis, **St. Kitts & Nevis**, tel. (variously) +809.484-328-9118, 484-321-8563, e-mail (variously) nevisdomains@gmail.com, nevisdomains@yahoo.com | No | Transferred | 4/10/2006 |
| 701239 | barrettamerican.com | " | No | Transferred | 6/21/2006 |
| 702585 | olympicairline.com | " | No | Transferred | 6/27/2006 |
| 707606 | baltimoreorioles.com | " | No | Transferred | 6/29/2006 |
| 728791 | woodforestbank.com | " | No | Transferred | 7/27/2006 |
| 739876 | disneychannelgames.com | " | No | Transferred | 8/11/2006 |
| 756834 | whyy.com | " | No | Transferred | 9/20/2006 |
| 758971 | cokebury.com | " | No | Transferred | 9/21/2006 |
| 772911 | curtismathes.com | " | No | Transferred | 10/2/2006 |
| 773199 | bambi2.com | " | No | Transferred | 10/3/2006 |
| 791382 | laweightlosscenter.com | " | No | Transferred | 10/27/2006 |
| 830711 | ameripriseautoandhome.com, ameriprisehomeandautoinsurance.com | " | No | Transferred | 12/28/2006 |
| 864835 | vanguarc.com | " | No | Transferred | 1/26/2007 |
| 904146 | bbandt.org | " | No | Transferred | 3/16/2007 |
| 1040073 | bellmicroproducts.com | " | No | Transferred | 9/5/2007 |
| 1043189 | dodgereport.com | " | No | Transferred | 9/7/2007 |
| 1163643 | speerbullets.com | " | No | Transferred | 4/30/2008 |
| 662198 | bestfares.us | **Express Corporation c/o Domain,** Copthall, P.O. Box 2331, Roseau, **Dominica** 00152, tel. +6152169056, express@express.com | No | Transferred | 5/4/2006 |
| 977541 | jwmarriott.com | " | No | Transferred | 6/26/2007 |
| 1175539 | championnutrition.com | " | No | Transferred | 5/26/2008 |
| 1217537 | psychotherapyfinances.com | " | No | Transferred | 9/17/2008 |
| 665004 | wellsfargoawards.com | **Forum LLC,** P.O. Box 2331, Roseau 00152, **Dominica,** tel. 809-767-440-0530, forum@connect.dm | No | Transferred | 5/9/2006 |
| 714807 | primericafinancialservices.com, primeamericafinancialservices.com | " | No | Transferred | 7/11/2006 |

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 714957 | countrywidehomemortgages.com, countrywidemortgagerates.com, countrywidemortgagelender.com, countrywidemortgageco.com, countrywidehomelones.com, countrywidemorgages.com, countrywidecreditcard.com, countrywideplatinum.com, countrywidevisa.com, countrywideinsurancecompany.com, countrywidehomeinsurance.com, countrywidemortgagelenders.com, countrywides.com, countrywidemotgage.com, countrywidemortgae.com, countrywidemortages.com, countrywideinsurrance.com, countrywidelaons.com, countrywideinsuranceservices.com | " | No | Transferred | 7/10/2006 |
| 751222 | orivs.com | " | No | Transferred | 9/13/2006 |
| 770317 | targetbridalregistry.com | " | No | Transferred | 9/21/2006 |
| 771335 | bushjobs.com | " | No | Transferred | 10/2/2006 |
| 780237 | sierrasuits.com | " | No | Transferred | 10/16/2006 |
| 781431 | choichotels.com, clarionhotle.com, clarionhotles.com, clarioninnandsuites.com, clarionmotel.com, clarionmotels.com, clarionsuite.com, clarion-suites.com, clarionsuits.com, comfortinnindianapolis.com, comfortsuitehotel.com, comfortsuitehotels.com, econolodg.com, econologde.com, mainstaysuite.com, qualityinnandsuite.com, qualitysuitessanclemente.com, rodewayhotel.com | " | No | Transferred | 10/16/2006 |
| 792050 | marriotttimeshare.com | " | No | Transferred | 11/3/2006 |
| 840670 | democrathearld.com | " | No | Transferred | 1/23/2007 |
| 1053323 | googlenews.com, googleserchengine.com | " | No | Transferred | 10/1/2007 |
| 1143721 | cnnexchange.com | " | No | Transferred | 3/20/2008 |

3

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 773238 | dirtydancing.com | **Petronila DeJesus,** Calle Frey Vincente Beltran, Residencial G-25 Apt. H-02, Santo Domingo, **Dominican Republic,** tel. 809-720-4782, udocia@hotmail.com | No | Transferred | 9/22/2006 |
| 843469 | ameripriseautoinsurance.com, ameriprisehomeandauto.com | **St. Kitts Registry of Olam,** 45-70 Meridian Parkway, **St. Kitts and Nevis, tel**. +809-459-0333, hknames@gmail.com | No | Transferred | 1/3/2007 |
| 980697 | lexusowners.com | " | No | Transferred | 6/21/2007 |
| 1002510 | deportestvazteca.com | " | No | Transferred | 7/17/2007 |
| 1009019 | straterhotel.com | " | No | Transferred | 8/1/2007 |
| 1011293 | herfjones.com | " | No | Transferred | 8/6/2007 |
| 1011427 | lavalfe.com | " | No | Transferred | 7/31/2007 |
| 925297 | autointel.com | " | No | Transferred | 4/18/2007 |
| 1055139 | rhinolining.com | " | No | Transferred | 10/2/2007 |
| 1068741 | advantacard.com | " | No | Transferred | 10/18/2007 |
| 1071913 | disneylatina.com | " | No | Transferred | 10/22/2007 |
| 1093102 | epsonusa.com | " | No | Transferred | 12/3/2007 |
| 1138704 | difinityhealth.com | " | No | Transferred | 3/5/2008 |
| 1210668 | zegarid.com | " | No | Transferred | 8/6/2008 |
| 1242359 | rangersbaseball.com | " | No | Transferred | 2/23/2009 |
| 1094616 | mercdes-benz.com | **Cinquemille Corp.,** P.O. Box N 7776-348, Templeton Building, Lyford Cay, Nassau, New Providence 9e56, **The Bahamas**, tel. 305-457-7477, m3054574744@hotmail.com | No | Transferred | 11/30/2007 |
| 1140142 | dellyoursishere.com | " | No | Transferred | 3/6/2008 |
| 1177515 | citiassiststudentloans.com | **International Domain Names Inc.,,** International Trading Center, 2nd Floor, Warrens, St. Michael, **Barbados**, tel. 809.2414219601, domains@geosigninternational.com | No | Transferred | 6/11/2008 |

4