# EXHIBIT D

## Ostensible Owners of Domain Names Registered by Moniker Online Services, LLC

## CHINA

## 2003-2009

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 153631 | invacare.net | **James Lee,** Shu Lin City, TAIWAN | No | Transferred | 5/19/2003 |
| 236364 | cybermatrix.com | **MustNeed.com,** P.O. Box 3506, Taipei, Taiwan 100-00, tel. +886.917557860, domadm@mustneed.com | No | Transferred | 3/30/2004 |
| 257901 | amextravel.com | " | No | Transferred | 6/7/2004 |
| 493838 | firstplacebank.com | " | No | Transferred | 7/20/2005 |
| 515511 | gfoa.com | " | No | Transferred | 8/26/2005 |
| 744613 | campuscircle.com | " | No | Transferred | 8/23/2006 |
| 1108538 | webcrawler.net | " | No | Transferred | 12/25/2007 |
| 245922 | wwwisoldmyhouse.com | **Domain Asia Ventures,** 255 Xiaoxue Road, Xiamen, Fujian 361001, China, tel. 252612, dnsasia2000@yahoo.com | No | Transferred | 5/4/2004 |
| 263171 | wwwcanadadrugs.com | " | No | Transferred | 6/14/2004 |
| 273436 | investwellsfargo.com, onlinewellsfargo.com, retirementplanwellsfargo.com, wellsfargohomemorgage.com, wellsfargohomeloan.com, wellsfargocardservices.com, wellsfergo.com, wwwyourwellsfargomortgage.com, wwwwellsfargomortgage.com, yourwellsfargomortagage.com, yourwellsfargohomemortage.com | " | No | Transferred | 7/5/2004 |
| 296359 | fisherpricetoys.com | " | No | Transferred | 8/30/2004 |
| 306742 | argosycasino.com | **Web Domain Names,** 777 Mo Xue Fang Road, Shanghai, China 435002, tel. 0115883301, fax 0115883302, artaxxa@yahoo.com | No | Transferred | 9/20/2004 |
| 346305 | prommisor.com | " | No | Transferred | 12/6/2004 |
| 422313 | officteam.com | " | No | Transferred | 3/31/2005 |
| 594723 | dateingdirect.com | " | No | Transferred | 12/19/2005 |
| 708909 | coutrywide.com | " | No | Transferred | 7/7/2006 |

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 370667 | metlifeinvesters.com, metlife401k.com | **Ling Shun Shing,** 138 Yi Xue Yuan Rd., Shanghai, China 200032, tel. 01146798987, regmagic@yahoo.com | No | Transferred | 1/4/2005 |
| 406664 | healthivillage.com | " | No | Transferred | 3/14/2005 |
| 430587 | americancenturycasualty.com | " | No | Transferred | 4/7/2005 |
| 412381 | dswshoewarehouse.com | **Ultimate Search,** GPO Box 7862 Central, Hong Kong, HK 0000, c/o John B. Berryhill, PA | No | Transferred | 3/21/2005 |
| 497773 | techron.com | **Domains Ventures,** 136 Xiaoxue Road, Xiamen, Fujian 361001 China, tel. 86.252612, domainventures_online@yahoo.com | No | Transferred | 8/2/2005 |
| 514786 | aarppharmacyservices.com | " | No | Transferred | 8/25/2005 |
| 520513 | mortageit.com | " | No | Transferred | 9/6/2005 |
| 586868 | searschoiceawards.com, kenmoreparts.com | " | No | Transferred | 12/6/2005 |
| 593976 | harlandcheck.com | " | No | Transferred | 12/29/2005 |
| 602992 | greatalaskanholiday.com | " | No | Transferred | 1/12/2006 |
| 606444 | wwwdowneysavings.com | " | No | Transferred | 1/24/2006 |
| 637373 | wwwkohler.com | " | No | Transferred | 3/21/2006 |
| 649856 | homedepotgiftcard.com | " | No | Transferred | 4/6/2006 |
| 653329 | myjdaccount.com | " | No | Transferred | 4/19/2006 |
| 654538 | ticketwebb.com | " | No | Transferred | 4/20/2006 |
| 657202 | aigautoservices.com | " | No | Transferred | 4/25/2006 |
| 659767 | stienersports.com | " | No | Transferred | 5/1/2006 |
| 669924 | honeywellcsplans.com | " | No | Transferred | 5/9/2006 |
| 671035 | targetcreditcards.com | " | No | Transferred | 5/15/2006 |
| 712049 | allegiantairways.com | " | No | Transferred | 6/29/2006 |
| 714949 | privelege.com | " | No | Transferred | 7/13/2006 |
| 720783 | elanhomesystem.com | " | No | Transferred | 7/10/2006 |
| 741637 | prudental.com | " | No | Transferred | 8/18/2006 |
| 741765 | greatjobsmarriott.com | " | No | Transferred | 8/16/2006 |
| 758967 | wwwcitimortgage.com | " | No | Transferred | 9/20/2006 |
| 778967 | wwwlifescan.com | " | No | Transferred | 10/11/2006 |
| 781846 | tablethotel.com | " | No | Transferred | 10/10/2006 |
| 785534 | enterpriseautosales.com | " | No | Transferred | 10/11/2006 |
| 810215 | yourwellsmortgage.com | " | No | Transferred | 11/14/2006 |
| 874258 | citibusinesscreditcard.com | " | No | Transferred | 2/14/2007 |
| 1045211 | smallbusinessdnb.com | " | No | Transferred | 9/5/2007 |
| 1108672 | ctizensbank.com | " | No | Transferred | 12/27/2007 |

---

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 1120102 | applyonlineciticards.com, citibankna.com, citifinancialmorgage.com, citimortgate.com, cititcards.com | " | No | Transferred | 3/14/2008 |
| 1249532 | choiceprivilages.com | " | No | Transferred | 4/16/2009 |
| | | | | | |
| 715047 | mobilmini.com | **Hong Kong Names LLC.,** Room 2890, 14/G Shanghai Investment Building, Hong Kong, II 0000, tel. +852.961452187, hknames@gmail.com | No | Transferred | 7/18/2006 |
| 803966 | marriottvacations.com | " | No | Transferred | 11/7/2006 |
| 843477 | ameripriseautoandhomeinsurance.com, ameriprisehomeinsurance.com | " | No | Transferred | 1/3/2007 |
| 935205 | unitedhealthcaronline.com | " | No | Transferred | 4/26/2007 |
| 964677 | 1033espn.com | " | No | Transferred | 6/13/2007 |
| 1048754 | alantate.com | " | No | Transferred | 10/5/2007 |
| 1064478 | downysavings.com | " | No | Transferred | 10/10/2007 |
| 1126663 | wendywilliamsexperience.com | " | No | Transferred | 3/5/2008 |
| 1152976 | novadebt.com | " | No | Transferred | 4/14/2008 |
| | | | | | |
| 795388 | kinectafederalcreditunion.com | **Surio Mario Martinez Juarez Ferdinando,** Fudan University, 220 Handan Rd., Shanghai 200433, China, tel. +86.13671766804, 12SurioMarioMartinezHuarezFerdinandoJdeNesePytelSbrouky@startseek.com | No | Transferred | 10/31/2006 |
| 1142434 | disneybroadway.com | " | No | Transferred | 3/14/2008 |
| | | | | | |
| 1118746 | jcahpo.com | **Chen Xianshang,** Nan MA Tou Lu 11-87, Rm. 601 Bldg 28, Shanghai 200126, China, tel. +1.8019386488, DomainNotForSale.Mon@startseek.com | No | Transferred | 1/24/2008 |
| 1118858 | royalvelvet.com | " | No | Transferred | 2/14/2008 |
| | | | | | |
| 1120155 | bestbuycare.com | **Totto Cutugno,** Huai Hai Rd 12, Shanghai FM 20000 China, tel. +86.23564578, ubbish@startseek.com | No | Transferred | 2/6/2008 |
| 1180655 | nikejob.com | " | No | Transferred | 6/5/2008 |
| | | | | | |
| 1159938 | ymessenger.com | **OwnDomain.com,** c/o Yanlin Hu, 1-2105, Bldg.2, No.27 Zeng Guang Road, Haidian Dist., Beijing, 100037, China, tel. +86.13911627676, (sales@owndomain.com. | Yes | Transferred | 5/7/2008 |

3

| Case No. | Domain(s) | Ostensible Registrant | Appearance | Decision | Date |
|---|---|---|---|---|---|
| 1181072 | mathewbender.com | **Domain Administrator,** P.O. Box 33422, Hong Kong, China, tel. +852.93433544, Domain Administrator domadm1@gmail.com | No | Transferred | 6/9/2008 |
| 1215197 | freemanhonda.com | " | No | Claim Denied | 9/2/2008 |
| 1216446 | toyotaofdesmoines.com | " | No | Claim Denied | 9/16/2008 |
| 1244539 | toyotaofdesmoines.com | " | No | Transferred | 3/24/2009 |
| 1246079 | carnivalcorporation.com | " | No | Transferred | 3/24/2009 |
| 1220058 | celularsouth.com | " | No | Transferred | 10/14/2008 |
| 1218416 | discoverfinancialservices.com | **Registrant,** P.O. Box 71826, KCPO, Hong Kong 852, tel. +852.25255525, info@fashionid.com | No | Transferred | 9/18/2008 |
| 1219610 | zanderinsurnace.com | **Role, Manage** c/o Administration Local, P.O. Box 33180, Hong Kong, tel. +1.5225434601, manage_tech@yahoo.com | No | Transferred | 10/7/2008 |
| 1224329 | searsshopathome.com | **Jan, Pak Kin Wong ,** Flat H, 62/F, Tower 5, Bellagio, 33 Castle Peak Road, Sham Tseng, NT, 0000 Hong Kong, tel. +852.36299548, jan@tee.com | No | Transferred | 11/4/2008 |