UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60973-CIV-ALTONAGA/BROWN

**TRANSAMERICA CORPORATION**,

    Plaintiff,

vs.

**MONIKER ONLINE SERVICES, LLC**;
**OVERSEE.NET**; **MONIKER PRIVACY SERVICES, INC.**; and **JOHN DOES 1-10**
a/k/a "H.W. Barnes," "Domains Ventures,"
and "Domain Park Limited,"

    Defendants.
_____/

## ORDER

**THIS MATTER** came before the Court upon Defendants' Motion for Rule 11 Sanctions [D.E. 43], filed on October 21, 2009. The Court heard argument from the parties on November 6, 2009. For the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[D.E. 43]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of November, 2009.

                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record