UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60973-CIV-ALTONAGA/BROWN

TRANSAMERICA CORPORATION,

    Plaintiff,

vs.

MONIKER ONLINE SERVICES, LLC,
et al.,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with S.D. Fla. L.R. 16.2.F.1, the undersigned mediator reports that on December 2, 2009, a mediation conference was held and all required parties were present. The mediation was adjourned with the consent of the parties and the express understanding that the mediation process will be completed within seven (7) days, that is by December 16, 2009, with a supplemental mediation report to be filed that day to advise the Court whether the case settled or an impasse was declared.

**I hereby certify** that on December 9, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com

parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:   December 9, 2009             Respectfully submitted,
         Miami, Florida

                                               s/   Brian F. Spector
                                            Brian F. Spector
                                            E-mail brian@bspector.com
                                            Mediator # 19519R – Florida Bar # 261254
                                            BRIAN F. SPECTOR, LLC
                                            Post Office Box 566206
                                            Miami, Florida 33256-6206
                                            Telephone 305.666.1664
                                            Facsimile 305.661.8481

Page 2 of 3

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com

## SERVICE LIST

*Transamerica Corporation v.*
*Moniker Online Services, LLC, et al.*
Case No. 09-60973-Civ-Altonaga/Brown
U.S. District Court, Southern District of Florida

**Attorneys For Plaintiff**
**Served Via CM/ECF Generated NEF**
Ava K. Doppelt, Esq.
adoppelt@addmg.com
Allen, Dyer, Doppelt,
   Milbrath & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone 407.841.2330
Facsimile 407.841.2343

Robert H. Thornburg, Esq.
rthornburg@addmg.com
Allen, Dyer, Doppelt,
   Milbrath & Gilchrist, P.A.
777 Brickell Avenue, Suite 1114
Miami, Florida 33131
Telephone 305.374.8303
Facsimile 305.374.8306

Bruce A. McDonald, Esq.
bmcdonald@schnader.com
Schnader Harrison Segal & Lewis, LLP
750 9th Street, N.W., Suite 550
Washington, D.C. 20001
Telephone 202.419.4235
Facsimile 202.419.3454

**Attorneys for Defendants**
**Served Via CM/ECF Generated NEF**
Miguel M. de la O, Esq.
delao@dmmllaw.com
Joel S. Magolnick, Esq.
magolnick@dmmllaw.com
de la O, Marko, Magolnick & Leyton, P.A.
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone 305.285.2000
Facsimile 305.285.5555

William Delgado, Esq.
wdelgado@willenken.com
Willenken, Wilson, Loh & Lieb, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone 213.955.9240
Facsimile 213.955.9250