UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

———————

CASE NO. 09-60973-CIV-ALTONAGA/BROWN

TRANSAMERICA CORPORATION,

    Plaintiff,

vs.

MONIKER ONLINE SERVICES, LLC,
et al.,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with S.D. Fla. L.R. 16.2.F.1, the undersigned mediator reports that, to date, the parties have not been able to reach a settlement, as a consequence of which an impasse has been declared.

**I hereby certify** that on December 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:   December 16, 2009          Respectfully submitted,
         Miami, Florida

                                      s/   Brian F. Spector
                                    Brian F. Spector
                                    E-mail brian@bspector.com
                                    Mediator # 19519R – Florida Bar # 261254
                                    BRIAN F. SPECTOR, LLC
                                    Post Office Box 566206
                                    Miami, Florida 33256-6206
                                    Telephone 305.666.1664
                                    Facsimile 305.661.8481

## SERVICE LIST

*Transamerica Corporation v.*
*Moniker Online Services, LLC, et al.*
Case No. 09-60973-Civ-Altonaga/Brown
U.S. District Court, Southern District of Florida

| **Attorneys For Plaintiff** | **Attorneys for Defendants** |
|---|---|
| **Served Via CM/ECF Generated NEF** | **Served Via CM/ECF Generated NEF** |
| Ava K. Doppelt, Esq. | Miguel M. de la O, Esq. |
| adoppelt@addmg.com | delao@dmmllaw.com |
| Allen, Dyer, Doppelt, | Joel S. Magolnick, Esq. |
|    Milbrath & Gilchrist, P.A. | magolnick@dmmllaw.com |
| 255 South Orange Avenue, Suite 1401 | de la O, Marko, Magolnick & Leyton, P.A. |
| Orlando, Florida 32801 | 3001 S.W. 3rd Avenue |
| Telephone 407.841.2330 | Miami, Florida 33129 |
| Facsimile 407.841.2343 | Telephone 305.285.2000 |
| | Facsimile 305.285.5555 |
| Robert H. Thornburg, Esq. | William Delgado, Esq. |
| rthornburg@addmg.com | wdelgado@willenken.com |
| Allen, Dyer, Doppelt, | Willenken, Wilson, Loh & Lieb, LLP |
|    Milbrath & Gilchrist, P.A. | 707 Wilshire Boulevard, Suite 3850 |
| 777 Brickell Avenue, Suite 1114 | Los Angeles, California 90017 |
| Miami, Florida 33131 | Telephone 213.955.9240 |
| Telephone 305.374.8303 | Facsimile 213.955.9250 |
| Facsimile 305.374.8306 | |
| Bruce A. McDonald, Esq. | |
| bmcdonald@schnader.com | |
| Schnader Harrison Segal & Lewis, LLP | |
| 750 9th Street, N.W., Suite 550 | |
| Washington, D.C. 20001 | |
| Telephone 202.419.4235 | |
| Facsimile 202.419.3454 | |

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com