UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-60973-CIV-ALTONAGA/BROWN

**TRANSAMERICA CORPORATION**,

    Plaintiff,

vs.

**MONIKER ONLINE SERVICES, LLC**,
**OVERSEE.NET**, **MONIKER PRIVACY**
**SERVICES, INC.**, **DOMAINSYSTEMS, INC.**,
*et al*.,

    Defendants.

_____/

### ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER came on before the Court on the Joint Stipulation for Dismissal filed by Plaintiff, Transamerica Corporation, and Defendants, Moniker Online Services, LLC, Oversee.net, DomainSystems, Inc., and Moniker Privacy Services, LLC, [D.E. 72], filed on December 28, 2009. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that

1. The Joint Stipulation for Dismissal with Prejudice is hereby adopted and ratified.

2. This matter is **DISMISSED** with prejudice **ONLY** as to the claims between Plaintiff, Transamerica Corporation, and Defendants, Moniker Online Services, LLC, Oversee.net, DomainSystems, Inc., and Moniker Privacy Services, LLC, with each party to bear its own attorney's fees and costs.

3. This case remains **OPEN** as to all remaining Defendants.

Case No. 09-60973-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record