UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60973-CIV-ALTONAGA/BROWN

**TRANSAMERICA CORPORATION**,

    Plaintiff,

vs.

**MONIKER ONLINE SERVICES, LLC**,
**OVERSEE.NET**, **MONIKER PRIVACY**
**SERVICES, INC.**, *et al.*,

    Defendants.
_____/

**ORDER ON AGREED MOTION TO WITHDRAW**
**SECOND MOTION FOR RULE 11 SANCTIONS**

THIS MATTER came before the Court on Motion by Defendants, Moniker Online Services, LLC, Moniker Privacy Services, LLC and Oversee.net to Withdraw Second Motion for Rule 11 Sanctions [D.E. 71], filed on December 28, 2009.  The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Motion [**D.E. 71**] is **GRANTED**.  Defendants' Second Motion for Rule 11 Sanctions is deemed withdrawn.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record