<div style="text-align: right;">
Made on Behalf of the Plaintiff  
Marshal Thomas  
1st  
Exhibits: "MT-1"  
Dated: 18th November 2009
</div>

UNITED STATES DISTRICT COURT  
SOURTHERN DISTRICT OF FLORIDA  
CASE NO. 0:09-cv-60973-CMA

BETWEEN:

TRANSAMERICA CORPORATION     Plaintiff

-and-

1) MONIKER ONLINE SERVICES, LLC  
2) OVERSEE.NET  
3) MONIKER PRIVACY SERVICES, LLC  
4) JOHN DOES 1-15 A/K/A "DOMAIN PARK LIMITED", "DOMAINS VENTURES", "G H WAGENAARS", "HW BARNES", "JAN STROH", " JAYME YOUNG", "NET41 MEDIA", "NETWORK FOURTY-ONE", "OMGI MEDIA", "RON ORON", "SWALLOWLANE HOLDINGS LTD", AND "VIRTUAL SKY"

    Defendants

---

### AFFIDAVIT OF MARSHAL THOMAS

---

I, Marshal Thomas of Craigmuir Chambers, Road Town, Tortola, British Virgin Islands, make oath and say as follows:

1. I am an outdoor clerk employed with the law firm Harney Westwood & Riegels, of the aforesaid address.

2. Save as otherwise indicated, the facts and matters deposed to in this affidavit are within my own knowledge.

3. I did, at 11:25 am on Wednesday 11th November 2009, serve on Swallowlane Holdings Ltd. at its registered office located at Suite 6, Mill Mall, P O Box 3085, Road Town, Tortola, British Virgin Islands, which is also the office of its registered agent ILS Fiduciary (BVI)

<div style="text-align: right;">
Made on Behalf of the Plaintiff<br>
Marshal Thomas<br>
1st<br>
Exhibits: "MT-1"<br>
Dated: 18th November 2009
</div>

Limited, located at Suite 6, Mill Mall, P O Box 3085, Road Town, Tortola, British Virgin Islands with a copy of a summons of the United States District Court for the Southern District of Florida dated 25 September 2009 and a copy of a complaint entered 28 August 2009 both assigned with the case number 09-cv-60973-CMA.

4. I personally delivered the said documents to Swallowlane Holdings Ltd. and there is now produced and shown to me marked "MT-1" a true copy of the service letter upon which Ms Marian Nibbs, an assistant manager of ILS Fiduciary (BVI) Limited has acknowledged receipt.

| | |
|---|---|
| SWORN by the within-named ) | |
| MARSHAL THOMAS ) | _Marshal Thomas_ (signature) |
| this 18th day of November 2009 ) | MARSHAL THOMAS |
| at Road Town, Tortola, ) | |
| British Virgin Islands ) | |

BEFORE ME:

_(signature)_

A NOTARY PUBLIC
IN THE BRITISH VIRGIN ISLANDS

Made on Behalf of the Plaintiff
Marshal Thomas
1st
Exhibits: "MT-1"
Dated: 18th November 2009

TRANSAMERICA CORPORATION

Plaintiff

-and-

1) MONIKER ONLINE SERVICES, LLC
2) OVERSEE.NET
3) MONIKER PRIVACY SERVICES, LLC
4) JOHN DOES 1-15 A/K/A "DOMAIN PARK LIMITED", "DOMAINS VENTURES", "G H WAGENAARS", "HW BARNES", "JAN STROH", " JAYME YOUNG", "NET41 MEDIA", "NETWORK FOURTY-ONE", "OMGI MEDIA", "RON ORON", "SWALLOWLANE HOLDINGS LTD", AND "VIRTUAL SKY"

Defendants

---

AFFIDAVIT OF MARSHAL THOMAS

---

Made on Behalf of the Plaintiff
Marshal Thomas
1st
Exhibits: "MT-1"
Dated: 18th November 2009

TRANSAMERICA CORPORATION                                  Plaintiff

-and-

1) MONIKER ONLINE SERVICES, LLC
2) OVERSEE.NET
3) MONIKER PRIVACY SERVICES, LLC
4) JOHN DOES 1-15 A/K/A "DOMAIN PARK LIMITED",
"DOMAINS VENTURES", "G H WAGENAARS", "HW BARNES",
"JAN STROH", " JAYME YOUNG", "NET41 MEDIA",
"NETWORK FOURTY-ONE", "OMGI MEDIA", "RON ORON",
"SWALLOWLANE HOLDINGS LTD", AND "VIRTUAL SKY"

Defendants

## CERTIFICATE OF EXHIBIT

I HEREBY CERTIFY that this is the document referred to as "MT-1" in the Affidavit of Marshal Thomas.

DATED      18th November 2009

BEFORE ME

Notary Public

"MT-1"

# HARNEYS

Harney Westwood & Riegels
Craigmuir Chambers
PO Box 71, Road Town
Tortola VG1110, British Virgin Islands
Tel: +1 284 494 2233
Fax: +1 284 494 3547
www.harneys.com

11 November 2009

Your Ref

Our Ref 035642.0009

**BY HAND**

Doc ID 2385132_1.DOC

Swallowlane Holdings Ltd
c/o ILS Fiduciary (BVI) Limited
Suite 6, Mill Mall
P. O. Box 3085
Road Town, Tortola
British Virgin Islands

Dear Sirs

**Case No. 0:09-cv-60973-CMA**
**Transamerica Corporation v 1) Moniker Online Services, LLC; 2) Oversee.Net; 3) Moniker Privacy Services, LLC: AND John Does 1-15 a/k/a "Domain Park Limited", "Domains Ventures", "G H Wagenaars", "HW Barnes", "Jan Stroh", " Jayme Young", "Net41 Media", "Network Fourty-One", "Omgi Media", "Ron Oron", "Swallowlane Holdings Ltd", and "Virtual Sky" (the "Claim")**

We act for E-Proint on behalf of the Plaintiff in the Claim. We enclose by way of service on you a copy of the Summons of the United States District Court for the Southern District of Florida dated 25 September 2009.

Kindly acknowledge receipt of the documents enclosed by signing a copy of this letter.

Yours faithfully
Harney Westwood & Riegels

*Harneys*
Marcia McFarlane
Enc

Served on: ILS Fiduciary (BVI) Limited
Served by: Marcial Thomas
Name of recipient: Marian Nibbs
Signature: [signature]
Title/Position: ASST. MANAGER
Date: 11/11/09    Time: 11:25 a.m.

A list of partners is available for inspection at our offices.
British Virgin Islands | Cayman Islands | London | Hong Kong

Made on Behalf of the Plaintiff
Marshall Thomas
1st
Exhibits: "MT-1"
Dated: 18th November 2009

**TRANSAMERICA CORPORATION**

Plaintiff

-and-

1) MONIKER ONLINE SERVICES, LLC
2) OVERSEE.NET
3) MONIKER PRIVACY SERVICES, LLC
4) JOHN DOES 1-15 A/K/A "DOMAIN PARK LIMITED", "DOMAINS VENTURES", "G H WAGENAARS", "HW BARNES", "JAN STROH", " JAYME YOUNG", "NET41 MEDIA", "NETWORK FOURTY-ONE", "OMGI MEDIA", "RON ORON", "SWALLOWLANE HOLDINGS LTD.", AND "VIRTUAL SKY"

Defendants

---

**CERTIFICATE OF EXHIBIT**

---

# HARNEYS

Harney Westwood & Riegels
Craigmuir Chambers
PO Box 71, Road Town
Tortola VG1110, British Virgin Islands
Tel: +1 284 494 2233
Fax: +1 284 494 3547
www.harneys.com

11 November 2009

Your Ref

Our Ref       035642.0009

**BY HAND**

Doc ID        2385132_1.DOC

Swallowlane Holdings Ltd
c/o ILS Fiduciary (BVI) Limited
Suite 6, Mill Mall
P. O. Box 3085
Road Town, Tortola
British Virgin Islands

Dear Sirs

**Case No. 0:09-cv-60973-CMA**
**Transamerica Corporation v 1) Moniker Online Services, LLC; 2) Oversee.Net; 3) Moniker Privacy Services, LLC: AND John Does 1-15 a/k/a "Domain Park Limited", "Domains Ventures", "G H Wagenaars", "HW Barnes", "Jan Stroh", " Jayme Young", "Net41 Media", "Network Fourty-One", "Omgi Media", "Ron Oron", "Swallowlane Holdings Ltd", and "Virtual Sky" (the "Claim")**

We act for E-Proint on behalf of the Plaintiff in the Claim. We enclose by way of service on you a copy of the Summons of the United States District Court for the Southern District of Florida dated 25 September 2009.

Kindly acknowledge receipt of the documents enclosed by signing a copy of this letter.

Yours faithfully
Harney Westwood & Riegels

*Harneys*
Marcia McFarlane
Enc

Served on: _ILS Fiduciary (BVI) Limited_
Served by: _Marcia Harney_
Name of recipient: _Marian Nibbs_
Signature: _Nibbs_
Title/Position: _Asst. Manager_
Date: _11\11\09_   Time: _11:25 a.m._

A list of partners is available for inspection at our offices.
British Virgin Islands | Cayman Islands | London | Hong Kong