UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:09-cv-60973-CMA

TRANSAMERICA CORPORATION,            )
                                     )
         Plaintiff,                  )
    v.                               )
                                     )
MONIKER ONLINE SERVICES, LLC; OVERSEE.NET; )
MONIKER PRIVACY SERVICES, LLC.; and JOHN DOES )
1-15 a/k/a "Domain Park Limited," "Domains Ventures," )
"G.H. Wagenaars," "H.W. Barnes," "Jan Stroh," "Jayme )
Young," "Net41 Media" a/k/a Network Fourty-One," "Omgi )
Media," "Ron Oron," "Swallowlane Holdings Ltd.," and )
"Virtual Sky,"                       )
                                     )
         Defendants.                 )

## AFFIDAVIT OF NON-SERVICE

COMMONWEALTH OF PENNSYLVANIA    )   SS:
COUNTY OF PHILADELPHIA          )

I, Elizabeth Featherman, being duly sworn according to law, depose and state as follow:

1. I am an attorney for plaintiff in the above matter, with offices at 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103.

2. Electronic copies of the summons and First Amended Complaint were served upon Defendant H.W. Barnes at the e-mail address hwb@zooreports.com on December 2, 2009.

3. Pursuant to the method of alternative service set forth in the Order by the court under Rule 4(f)(3) of the Federal Rules of Civil Procedure [D.E. 65], an e-mail containing electronic copies of the summons and First Amended Complaint as attachments was sent electronically from my e-mail address efeatherman@schnader.com to the Defendant at the above e-mail address obtained from the WHOIS database and as listed in the Order.

4.	Attached hereto and marked as Exhibit "A" is a copy of the transmitted e-mail dated December 2, 2009.

5.	On December 3, 2009, I received an e-mail from the recipient's e-mail server indicating the delivery of the above e-mail with attachments had failed.

6.	Attached hereto and marked as Exhibit "B" is a copy of the e-mail acknowledging failure of delivery dated December 3, 2009.

Date: 1/5/2010

_____
Elizabeth Featherman

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5th DAY OF
JANUARY, 2010

_____
Notary Public

MY COMMISSION EXPIRES

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARIA THOMPSON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 30, 2011

# Exhibit A

## Featherman, Elizabeth Lai

| | |
|---|---|
| From: | Featherman, Elizabeth Lai |
| Sent: | Wednesday, December 02, 2009 2:41 PM |
| To: | 'hwb@zooreports.com' |
| Cc: | Featherman, Elizabeth Lai |
| Subject: | To H.W. Barnes re Transamerica Corporation v. Moniker Online Services, LLC et al. |
| Attachments: | Summons HW Barnes.pdf; Amended Complaint.pdf; Exhibit A to the Amended Complaint.pdf; Exhibit B to the Amended Complaint.pdf; Exhibit C to the Amended Complaint.pdf; Exhibit D to the Amended Complaint.pdf; Order re Service of Process via E-mail.pdf |
| Importance: | High |
| Sensitivity: | Confidential |

Attached please find:

(1) Summons
(2) First Amended Complaint and Exhibits A-D to the Amended Complaint; and
(3) Order granting Motion for Alternative Service on John Doe Defendants signed by the Honorable Cecilia M. Altonaga on 11/30/2009.

**Elizabeth Lai Featherman** | Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600 | Philadelphia, PA  19103-7286
☎: 215-751-2449 | 📠: 215-972-7440 | ✉: efeatherman@schnader.com

*This message, including any attachments, may contain information that is confidential or privileged. If you are not the intended recipient of this message, please be advised that printing, dissemination, distribution, use or copying of this message or any attachments is strictly prohibited. If you believe that you have received this message in error, please contact me by telephone or return e-mail. Thank you.*

# Exhibit B

## Featherman, Elizabeth Lai

**From:** Postmaster
**To:** hwb@zooreports.com
**Sent:** Thursday, December 03, 2009 2:45 PM
**Subject:** Undeliverable: To H.W. Barnes re Transamerica Corporation v. Moniker Online Services, LLC et al.

### Delivery has failed to these recipients or distribution lists:

hwb@zooreports.com
Microsoft Exchange has been trying to deliver this message without success and has stopped trying. Please try sending this message again, or provide the following diagnostic text to your system administrator.

### Diagnostic information for administrators:

Generating server: phex3.SHSL.COM

hwb@zooreports.com
#< #4.4.7> #SMTP#

Original message headers:

Received: from Phex7.SHSL.COM ([10.10.10.57]) by phex3.SHSL.COM with Microsoft
 SMTPSVC(6.0.3790.1830);   Wed, 2 Dec 2009 14:41:36 -0500
Received: from Phex7.SHSL.COM ([10.10.10.57]) by Phex7.SHSL.COM
 ([10.10.10.57]) with mapi; Wed, 2 Dec 2009 14:41:29 -0500
From: "Featherman, Elizabeth Lai" <EFeatherman@Schnader.com>
To: "'hwb@zooreports.com'" <hwb@zooreports.com>
CC: "Featherman, Elizabeth Lai" <EFeatherman@Schnader.com>
Importance: high
X-Priority: 1
Disposition-Notification-To: "Featherman, Elizabeth Lai"
    <EFeatherman@Schnader.com>
Return-Receipt-To: <EFeatherman@Schnader.com>
Sensitivity: company-confidential
Date: Wed, 2 Dec 2009 14:41:27 -0500
Subject: To H.W. Barnes re Transamerica Corporation v. Moniker Online
 Services, LLC et al.
Thread-Topic: To H.W. Barnes re Transamerica Corporation v. Moniker Online
 Services, LLC et al.
Thread-Index: Acpzh3CPAJ/8bYZZSKyx2w7/80T47w==
Message-ID: <FE1E4C5FF4CF254E9F3DF0E29A9481FC08F5992C53@Phex7.SHSL.COM>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
acceptlanguage: en-US
Content-Type: multipart/mixed;

1

```
        boundary="_010_FE1E4C5FF4CF254E9F3DF0E29A9481FC08F5992C53Phex7SHSLCOM_"
MIME-Version: 1.0
Return-Path: EFeatherman@Schnader.com
X-OriginalArrivalTime: 02 Dec 2009 19:41:36.0074 (UTC) FILETIME=[7563E2A0:01CA7387]
```


To H.W. Barnes re
   Transamerica...