UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CLERK'S DEFAULT

Transamerica Corporation,                    CASE NO. 09-cv-60973-CMA

    Plaintiff(s),

v.

**Swallowlane Holdings Ltd.**

    Defendant(s).
_____/

FILED by _____ D.C.
**Jan 25, 2010**
STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Swallowlane Holdings Ltd.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Swallowlane Holdings Ltd., as of course, on this date January 25, 2010.

**STEVEN M. LARIMORE**
CLERK OF COURT

/S/
By: _____
    L.Sandelin
    Deputy Clerk

cc:    Hon. Cecilia M. Altonaga
        Counsel of Record